

**FILED**

**MARCH 5, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| | ) No. |
| v. | ) ) Judge |
| WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON, | ) ) ) |
| Defendant. | ) |

**08 C 1318**

**JUDGE GETTLEMAN
MAGISTRATE JUDGE DENLOW**

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS

WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, JOHN J. TOOMEY, of

ARNOLD AND KADJAN, complain against Defendant, WILLIE JOHNSON, Individually and

d/b/a W. JOHNSON & SON, as follows:

### COUNT I

### JURISDICTION AND VENUE

1.      (a)      Jurisdiction of this cause is based upon Section 502 of the Employee

Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145

as amended, and this Court's supplemental jurisdiction.

(b)      Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district,

where the Funds as described in Paragraph 2, are administered and 29 U.S.C. 185(c).

## PARTIES

2.    (a)    Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b)    The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c)    The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3.    (a)    WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON employed employees of the Union and was bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by employees, with its principal place of business at Joliet, Illinois.

(b)    WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON, was an employer engaged in an industry affecting commerce.

4.    WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON, entered into a collective bargaining agreement with Teamsters Local 179 which has not been repudiated and requires contributions to the Funds pursuant to 29 U.S.C. 1145 on behalf of its employees.

2

5.    WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON, entered into Area Construction Agreements with Teamsters Local 179 which require contributions to the Funds pursuant to 29 U.S.C. 1145 (Exhibit "A").

6.    On April 29, 2007 the corporation entered into an installment note (attached as Exhibit B) with the Suburban Teamsters of Northern Illinois Pension Fund for the March, 2006 through April, 2007 period contributions in the principal amount of $5,076.73 with a balance remaining of $2,743.09 for the payment of delinquent benefit contributions (Exhibit C).

7.    On April 29, 2007 the corporation entered into an installment note (attached as Exhibit D) with the Suburban Teamsters of Northern Illinois Welfare Fund for the March, 2006 through April, 2007 period contributions in the principal amount of $6,029.40 with a principal balance remaining of $3,707.98 for the payment of delinquent benefit contributions (Exhibit E).

8.    The notes acknowledge on their face that they are a written agreement and constitute an instrument in writing upon which contributions are due pursuant to 29 U.S.C. 1145.

WHEREFORE, Plaintiff, prays for judgment against the Defendant, W. JOHNSON & SON, an Illinois corporation not in good standing, as follows:

A.    The Court enter judgment in favor of the Pension Fund and against W. JOHNSON & SON, an Illinois corporation not in good standing, in the amount of $2,743.09 the accelerated outstanding balance due on the Pension installment note (Exhibit B and C).

B.    The Court enter judgment in favor of the Welfare Fund and against W. JOHNSON & SON, an Illinois corporation not in good standing, in the amount of $3,707.98 the accelerated outstanding balance due on the Welfare installment note (Exhibit C and D).

C.    The Court grant the Funds all relief permitted under 29 U.S.C. 1132(g)(2) including liquidated damages, interest and reasonable attorneys fees.

D.      The Court, pursuant to the terms of the notes, grant the Funds the principal amounts of the welfare and pension notes plus interest and all reasonable costs of collection, including reasonable attorneys fees.

E.      The Court grant the Plaintiff Funds injunctive relief to prevent disbursement of assets or payment of other creditors prior to payment of current delinquent and note payments.

## COUNT II

## WILLIE JOHNSON

1.      This Count arises from a common nucleus of operative fact with Count I and is pendent thereto.  This Court has supplemental jurisdiction pursuant to 28 U.S.C. 1367

2-9.      Plaintiffs restate and reallege Paragraphs 1-8 of Count I as Paragraphs 2-9 of Count II as if fully set forth herein.

10.      WILILE JOHNSON signed the Welfare and Pension promissory notes individually in his personal capacity, as an additional maker on the notes (Exhibits B and D).  WILILE JOHNSON is an adult, suffers from no mental infirmities and is literate.

11.      The Defendant corporation lacks the present ability to pay its fringe benefit debt and demand has been made for payment.

12.      The remaining balance due the Welfare Fund on the note is $3,707.98,  plus interest and attorneys fees and cost of collection as provided in the terms of the note.

13.      The remaining balance due the Pension Fund on the note is $2,743.09 plus interest and attorneys fees and cost of collection as provided in the terms of the note.

14.      WILLIE JOHNSON, Individually as co-maker and guarantor on the notes is personally liable for the debt.

WHEREFORE, Plaintiffs pray for judgment against WILLIE JOHNSON, Individually as follows:

A.    That the Court enter judgment in favor of the Welfare Fund and against WILILE JOHNSON in the amount of $3,707.98, the accelerated balance on the Welfare note (Exhibit E).

B.    That the Court enter judgment in favor of the Pension Fund and against WILILE JOHNSON in the amount of $2,743.09, the accelerated balance on the note (Exhibit C).

C.    That the Court pursuant to the terms of the promissory notes grant the Plaintiff Funds the principal amount of the note plus interest and all reasonable costs of collection including reasonable attorneys fees.

D.    That the Court grant such other relief as is appropriate under the circumstances

TRUSTEES OF THE SUBURBAN
TEAMSTERS OF NORTHERN
ILLINOIS WELFARE AND PENSION
FUNDS, Plaintiffs


By: _____
            One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois  60604
(312) 236-0415

5

# EXHIBIT A



Area Court
Contains Employers Clause.

FOR NON-ASSOCIATION EMPLOYERS

FOR TEAMSTERS LOCAL 179

BY: _____

TITLE: President

DATE: 3-1-06

FOR THE COMPANY

COMPANY: _____

ADDRESS: _____

City: Joliet    State: IL    Zip: 60433

PHONE: _____

FAX: _____

BY: _____

TITLE: Owner

DATE: 3-1-06

42

SEP. 10. 2007 10:04AM    TEAMSTERS LOCAL 179                    NO. 216    P. 3

# General Chauffeurs, Sales Drivers and Helpers

## Local Union No. 179

Affiliated with the International Brotherhood of Teamsters

MAIN OFFICE:
1000 N E I-55 FRONTAGE RD
JOLIET, ILLINOIS 60431
PHONE (815) 741-2200
FAX (815) 741-2278

SUB OFFICE
SHERMAN & LADD
PONTIAC, ILLINOIS 61764
PHONE. (815) 844-5094

## ADDENDUM TO THE JUNE 1, 2003 THROUGH MAY 31, 2006
## AREA CONSTRUCTION AGREEMENT BETWEEN
## TEAMSTERS LOCAL NO. 179
## AND
## CONTRACTORS ASSOCIATION OF WILL AND GRUNDY COUNTIES

It is agreed to between W. Johnson & Sons and Teamsters Local 179 that W. Johnson & Sons is exempt from making Health & Welfare contributions on behalf of Willie Johnson, SS # 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.

All other provisions of the June 1, 2003 through May 31, 2006 Area Construction Agreement between Teamsters Local 179 and Contractors Association of Will and Grundy Counties shall remain in effect.

**FOR TEAMSTERS LOCAL 179:**

Signed

PRESIDENT
Title

3-1-06
Date

**FOR W. JOHNSON & SONS:**

Signed

Owner
Title

3-1-06
Date

*HAVE IT DELIVERED UNION!*

# EXHIBIT B

## SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS FRINGE BENEFITS

### W. Johnson & Son Installment Note : Pension Fund
### April 30, 2007

For value received, the undersigned promises to pay to the order of Suburban Teamsters of Northern Illinois **Pension** Fund the principal total of $ 5,076.73 ( **Five Thousand Seventy Six Nine and 73/100** dollars.)

The maker of this Note acknowledges that the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act 29 U.S.C. 1145. For contributions due for the period March, 2006 through December, 2006.

The Employer shall make a **down payment** of $ 507.67 on April 30, 2007, leaving a principal **balance** of $ 4,569.06. That balance is to be paid with 10% annual interest in **12** equal and consecutive monthly **installments of $ 401.69** beginning on May 30, 2007. Payments should be sent to:

> Suburban Teamsters of Northern Illinois
> 1275 W. Roosevelt Rd. Unit 121
> West Chicago, IL 60185

Or such other place as may be directed by the legal holder of this Note.

**The Employer is to remain current in regular monthly contributions.** Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

The undersigned hereby irrevocably authorizes any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for the unpaid amount, together with costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

By: _Willie Johnson_          Date: _4-29-07_
    Willie Johnson, President
    W. Johnson & Son, Inc.

_Willie John_          Date: _4-29-07_
Willie Johnson, Individually

Received
APR 30 2007
...on Fund Office

# EXHIBIT C

## Willie Johnson & Son

Er #    4601

## Pension Fund

PRINCIPAL TOTAL: $ (5,076.73)

DOWN PYMT: $507.67      Date: **2007 Apr 30**

Ck #: 6338

PRINC BALANCE: $ (4,569.06)

NMBR PYMNTS: 12

MNTHLY PYMT: **$401.69** /month

| | Date DUE | NOTE BALANCE | PEN PYMNT | PRINC PD | CURRENT PRINC BAL | | Date | Check # | Amt |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/30/07 | 4,607.14 | 401.69 | 363.62 | 4,205.44 | 1 | 8/6/07 | 6473 | $401.69 |
| 2 | 06/30/07 | 4,240.49 | 401.69 | 366.65 | 3,838.79 | 2 | 10/5/07 | 6071 | $378.73 |
| 3 | 07/30/07 | 3,870.78 | 401.69 | 369.70 | 3,469.09 | 3 | 10/12/07 | 6070 | 401.69 |
| 4 | 08/30/07 | 3,498.00 | 401.69 | 372.78 | 3,096.31 | 4 | 10/19/07 | 6411 | 401.69 |
| 5 | 09/30/07 | 3,122.11 | 401.69 | 375.89 | 2,720.42 | 5 | 10/26/07 | 5274 | 401.69 |
| 6 | 10/30/07 | 2,743.09 | 401.69 | 379.02 | 2,341.39 | 6 | 11/2/07 | 6547 | 401.69 |
| 7 | 11/30/07 | 2,360.90 | 401.69 | 382.18 | 1,959.21 | 7 | | | |
| 8 | 12/30/07 | 1,975.54 | 401.69 | 385.37 | 1,573.85 | 8 | | | |
| 9 | 01/30/08 | 1,586.96 | 401.69 | 388.58 | 1,185.27 | 9 | | | |
| 10 | 02/28/08 | 1,195.15 | 401.69 | 391.82 | 793.45 | 10 | | | |
| 11 | 03/30/08 | 800.06 | 401.69 | 395.08 | 398.37 | 11 | | | |
| 12 | 04/30/08 | 401.69 | 401.69 | 398.37 | (0.00) | | | | |

PAY THIS... . ...OR THIS      AFTER REGULAR PAYMENT      Payments    Made

# EXHIBIT D

SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS FRINGE BENEFITS

## W. Johnson & Son Installment Note : Welfare Fund
April 30, 2007

For value received, the undersigned promises to pay to the order of Suburban Teamsters of Northern Illinois **Welfare** Fund the principal total of $ 6,029.40 ( **Six Thousand Twenty Nine and  40/100 dollars.**)

The maker of this Note acknowledges that the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act 29 U.S.C. 1145. For contributions due for the period March, 2006 through December, 2006.

The Employer shall make a **down payment** of **$ 602.94** on April 30, 2007, leaving a principal **balance** of **$ 5,426.46.** That balance is to be paid with 10% annual interest in **12** equal and consecutive monthly **installments of $ 477.07** beginning on May 30, 2007. Payments should be sent to:

> Suburban Teamsters of Northern Illinois
> 1275 W. Roosevelt Rd. Unit 121
> West Chicago, IL 60185

Or such other place as may be directed by the legal holder of this Note.

**The Employer is to remain current in regular monthly contributions.** Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

The undersigned hereby irrevocably authorizes any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for the unpaid amount, together with costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.


By: _____    Date: _____
        Willie Johnson, President
        W. Johnson & Son, Inc.



                                                                         Date: _____
_____
        Willie Johnson, Individually

# EXHIBIT E

## Willie Johnson & Son

.Er #    4601

### WELFARE FUND

PRINCIPAL TOTAL: $   (6,029.40)

DOWN PYMT:    $602.94    Date: **2007 Apr 30**

Ck #:  **6407**  — Amount Paid $500.00  6/15/07 *

BALANCE $102.94

PRINC BALANCE:    ($5,426.46)

NMBR PYMNTS:    12

MNTHLY PYMT:    **$477.07**    /month

| | Date DUE | NOTE BALANCE | WELF PYMNT | PRINC PD | CURRENT PRINC BAL | | Date | Check # | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/30/07 | 5,471.68 | 477.07 | 431.85 | 4,994.61 | 1 | 9/30/07 | 6545 | 477.07 |
| 2 | 06/30/07 | 5,036.23 | 477.07 | 435.45 | 4,559.16 | 2 | 10/12/07 | 6070 | 477.04 |
| 3 | 07/30/07 | 4,597.15 | 477.07 | 439.08 | 4,120.08 | 3 | 10/19/07 | 6411 | 477.04 |
| 4 | 08/30/07 | 4,154.41 | 477.07 | 442.74 | 3,677.34 | 4 | 10/26 | 5274 | 477.04 |
| 5 | 09/30/07 | 3,707.98 | 477.07 | 446.43 | 3,230.91 | 5 | 11/2/07 | 6547 | 477.04 |
| 6 | 10/30/07 | 3,257.83 | 477.07 | 450.15 | 2,780.76 | 6 | | | |
| 7 | 11/30/07 | 2,803.94 | 477.07 | 453.90 | 2,326.86 | 7 | | | |
| 8 | 12/30/07 | 2,346.25 | 477.07 | 457.68 | 1,869.18 | 8 | | | |
| 9 | 01/30/08 | 1,884.76 | 477.07 | 461.50 | 1,407.69 | 9 | | | |
| 10 | 02/28/08 | 1,419.42 | 477.07 | 465.34 | 942.35 | 10 | | | |
| 11 | 03/30/08 | 950.20 | 477.07 | 469.22 | 473.13 | 11 | | | |
| 12 | 04/30/08 | 477.07 | 477.07 | 473.13 | 0.00 | 12 | | | |

PAY THIS... . ...OR THIS    AFTER REGULAR PAYMENT    Payments    Made