# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# SUMMONS IN A CIVIL CASE

TRUSTEES OF THE SUBURBAN
TEAMSTERS OF NORTHERN ILLINOIS
PENSION AND WELFARE FUNDS,

v.

WILLIE JOHNSON, Individually and d/b/a
W. JOHNSON & SON

Docket Number: _____

Assigned Judge: _____

Designated Magistrate Judge: _____

**08 C 1318**

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE DENLOW**

TO: (Name and address of defendant)

> WILLIE JOHNSON, Individually
> and d/b/a W. JOHNSON & SON
> 706 - 4th Avenue
> Joliet, Illinois 60433

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> JOHN J. TOOMEY
> ARNOLD AND KADJAN
> 19 W. Jackson Boulevard, Suite 300
> Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk          Date

(by) Deputy Clerk

**Michael W. Dobbins, Clerk**

*Nadine Hurley* (signature)

(By) DEPUTY CLERK

**March 5, 2008**
Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE: MARCH 12, 2008 9PM

NAME OF SERVER (PRINT) SCOTT POCIUS

TITLE INVESTIGATOR

Check one box below to indicate appropriate method of service-

[X] Served personally upon the defendant. Place where served: WILLIE JOHNSON d/b/a W. JOHNSON + SON PERSONAL RESIDENCE - 706 FOURTH AVENUE JOLIET, IL 60433. HE CAN BE DESCRIBED AS A M/B 60 YEARS, GLASSES, GRAYING HAIR + FACIAL

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/12/08
Date

Signature of Server

Address of Server

THE ARGUS AGENCY INC
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068