IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>    Plaintiffs,<br><br> v.<br><br>WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 08 C 1318<br>)<br>) Judge Gettleman<br>)<br>) Magistrate Judge Denlow<br>)<br>) |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To: WILLIE JOHNSON, Individually
  and d/b/a W. JOHNSON & SON
  706 - 4th Avenue
  Joliet, Illinois 60433

 PLEASE TAKE NOTICE that on April 11, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

 1. Amended Complaint.

a copy of which is attached hereto and served upon you.

           TRUSTEES OF THE SUBURBAN TEAMSTERS
           OF NORTHERN ILLINOIS WELFARE AND
           PENSION FUNDS

           s/John J. Toomey
           ARNOLD AND KADJAN
           19 W. Jackson Blvd., Suite 300
           Chicago, IL 60604
           Telephone No.: (312) 236-0415
           Facsimile No.: (312) 341-0438
           Dated: April 11, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that on April 11, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system.

WILLIE JOHNSON, Individually
and d/b/a W. JOHNSON & SON
706 - 4th Avenue
Joliet, Illinois 60433

                s/John J. Toomey
                ARNOLD AND KADJAN
                19 W. Jackson Blvd., Suite 300
                Chicago, IL 60604
                Telephone No.: (312) 236-0415
                Facsimile No.: (312) 341-0438
                Dated: April 11, 2008