IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 08 C 1318 ) ) Judge Gettleman ) |
| WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON, | ) ) Magistrate Judge Denlow ) |
| Defendant. | ) |

AFFIDAVIT IN SUPPORT OF
ATTORNEYS' FEES

NOW COMES the undersigned, JOHN J. TOOMEY, upon being first duly sworn, deposes and states as follows:

1. The undersigned is counsel of record in Case No. 08 C 1318.

2. Affiant is an attorney licensed to practice law in the State of Illinois since 1978. Affiant is admitted to the trial Bar of the Northern District of Illinois, the Central District of Illinois and the Seventh, Eighth, Second, Eleventh Circuit Courts of Appeal, U. S. Tax Court and the United States Supreme Court.

3. The time spent in the case are as follows, were reasonably necessary in the prosecution of the case, and no paralegals were used:

| | | |
|---|---|---|
| March 5, 2008 | Open file; draft complaint and summons and file with court | 2 hours |
| March 17, 2008 | Return of service filed with the court | .5 hours |
| May 2, 2008 | Draft Motion for Judgment in Sum Certain | 1.5 hour |

|   |   |   |
|---|---|---|
| | Court appearance on Motion for Judgment in Sum Certain | 1.0 hour |

4. The costs expended in prosecuting the case are:

| Filing fee | $350.00 |
|---|---|
| Service of process Argus Agency | $89.00 |
| Total | $457.00 |

5. Reasonable value of such services is One Hundred Eighty Five Dollars per hour:

$185.00 x 5. hours     $925.00

6. The total in fees and costs expended are:

| Attorneys' fees | $925.00 |
|---|---|
| Costs | $439.00 |
| Total | $1,364.00 |

FURTHER AFFIANT SAYETH NOT.

_____
JOHN J. TOOMEY

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

2