IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON, <br><br> Defendant. | No. 08 C 1318 <br><br> Judge Gettleman <br><br> Magistrate Judge Denlow |

## AFFIDAVIT

RICHARD SIEBERT, upon being first duly sworn deposes and states as follows:

1. Affiant is employed by the Suburban Teamsters Welfare and Pension Fund ("Funds") as an auditor, is familiar with the Willie Johnson, Individually and d/b/a W. Johnson & Son audit ("Employer"), having examined its books and records to determine what amounts if any were due and owing the Funds, and is also familiar with the parties' agreement concerning contributions, liquidated damages and interest owed.

2. That an audit of Employer's books and records was performed on February 1, 2007 covering the period March, 2006 through December, 2006 and found to be owing:

    Pension     $2,743.09
    Welfare     $3,707.98

3. That an audit of Employer's books and records was performed on April 4, 2008 covering the period February, 2007 through November, 2007 and found to be owing:

    Pension     $9,606.75
    Welfare     $9,268.25

4. That Employer was given copies of the audit and given notice of findings and has made no effort to pay or settle.

5. That the audits including liquidated damages and interest totals $25,326.07.

6. That Affiant suffers from no disability and can so testify and affirm such facts.

FURTHER AFFIANT SAYETH NOT.

                                                   _____
                                                   RICHARD SIEBERT

SUBSCRIBED AND SWORN
to before me this 2 day of
May, 2008.

OFFICIAL SEAL
CAROL COLLINS
Notary Public - State of Illinois
My Commission Expires Jul 20, 2011

_____
Notary Public