IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) No. 08 C 1318<br>)<br>) Judge Gettleman<br>) |
| WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON, | )<br>) Magistrate Judge Denlow<br>) |
| Defendant. | ) |

ORDER OF JUDGMENT

This matter coming to be heard upon Plaintiff's Motion for Judgment in a sum certain and the court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

That judgment is entered in favor of the Plaintiff TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS and against the Defendant, WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON in the amount of $26,690.07.

Date:

Entered:

_____
JUDGE GETTLEMAN