IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, ) ) ) ) | |
| Plaintiff, ) ) | No. 08 C 1318 |
| v. ) ) | Judge Gettleman |
| ) | |
| WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON, ) ) ) | Magistrate Judge Denlow |
| Defendant. ) | |

AMENDED NOTICE OF MOTION

To:   WILLIE JOHNSON, Individually
and d/b/a W. JOHNSON & SON
706 - 4th Avenue
Joliet, Illinois  60433

PLEASE TAKE NOTICE that on May 13, 2008, at 9:15 a.m., I will appear before the Honorable Judge Gettleman in Room 1704 and then and there present the attached Motion for Judgment in Sum Certain, copies of which are attached hereto.

Respectfully submitted,

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:  (312) 341-0438
Dated:  May 5, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on May 5, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

WILLIE JOHNSON, Individually
and d/b/a W. JOHNSON & SON
706 - 4th Avenue
Joliet, Illinois  60433

                                           **s/John J. Toomey**
                                           ARNOLD AND KADJAN
                                           19 W. Jackson Blvd., Suite 300
                                           Chicago, IL 60604
                                           Telephone No.:  (312) 236-0415
                                           Facsimile No.:  (312) 341-0438
                                           Dated:  May 5, 2008