# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1318 | **DATE** | 5/13/2008 |
| **CASE TITLE** | Trustees of the Suburban Teamsters   vs   Willie Johnson, etc. | | |

**DOCKET ENTRY TEXT:**

Order of Judgment entered. Plaintiff's motion for entry of judgment in sum certain is granted. Judgment is entered in favor of plaintiff and against defendant in the amount of $26,690.07.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | | Courtroom Deputy | GDS |
|---|---|---|---|

Page 1 of 2