

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>        Plaintiff,<br><br>v.<br><br>WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON,<br><br>        Defendant. | No. 08 C 1318<br><br>Judge Gettleman<br><br>Magistrate Judge Denlow |

### ORDER OF JUDGMENT

This matter coming to be heard upon Plaintiff's Motion for Judgment in a sum certain and the court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

That judgment is entered in favor of the Plaintiff TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS and against the Defendant, WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON in the amount of $26,690.07.

Date: May 13, 2008

Entered:

_____
JUDGE GETTLEMAN