## United States District Court for the Northern District of Illinois

Case Number: 08CV1318     Assigned/Issued By: J. N.

Judge Name:     Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       (Victim, Against and $ Amount)

☑ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

_1_ Original and _1_ copies on _5-19-08_ as to _MS. KRISTA CARLSON_
                               (Date)
( NO NOTICE FILED)

---