IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 08 C 1318 <br> ) <br> ) Judge Gettleman <br> ) <br> ) <br> ) Magistrate Judge Denlow <br> ) <br> ) |

NOTICE OF MOTION

To:   WILLIE JOHNSON, Individually
      and d/b/a W. JOHNSON & SON
      706 - 4th Avenue
      Joliet, Illinois 60433

      Ms. Krista Carlson
      First Midwest Bank
      Fraud Department
      3800 Rock Creek Boulevard
      Joliet, Illinois 60431

      PLEASE TAKE NOTICE that on June 3, 2008, at 9:15 a.m., I will appear before the Honorable Judge Gettleman in Room 1704 and then and there present the attached Motion for Turnover Order, copies of which are attached hereto.

Respectfully submitted,

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: May 29, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on May 29, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

WILLIE JOHNSON, Individually
and d/b/a W. JOHNSON & SON
706 - 4th Avenue
Joliet, Illinois 60433

Ms. Krista Carlson
First Midwest Bank
Fraud Department
3800 Rock Creek Boulevard
Joliet, Illinois 60431

                                               **s/John J. Toomey**
                                               ARNOLD AND KADJAN
                                               19 W. Jackson Blvd., Suite 300
                                               Chicago, IL 60604
                                               Telephone No.: (312) 236-0415
                                               Facsimile No.: (312) 341-0438
                                               Dated: May 29, 2008