UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Welfare and Pension Funds
　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　Case No.: 1:08−cv−01318
　　　　　　　　　　　　　　　　Honorable Robert W. Gettleman

Willie Johnson
　　　　　　　　　　　　　　　Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

　　　　MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's motion [15] for turnover order is granted. Counsel is directed to submit a proposed draft order. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.