## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1318 | **DATE** | 6/3/2008 |
| **CASE TITLE** | Trustees of the Suburban Teamsters vs Willie Johnson, etc. | | |

**DOCKET ENTRY TEXT:**

Turnover Order enterd. First Midwest Bank is directed to pay to judgment creditor, Trustees of the Suburban Teamsters of Northern Illinois Funds, the sum of $1,524.99 and pay Willie Johnson $1,524.99, the amount held by First Midwest Bank.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|