IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | No. 08 C 1318<br><br>Judge Gettleman |
| WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON, ) ) ) | Magistrate Judge Denlow |
| Defendant. ) | |

NOTICE OF MOTION

To:    WILLIE JOHNSON, Individually
       and d/b/a W. JOHNSON & SON
       706 - 4th Avenue
       Joliet, Illinois  60433

       Ms. Krista Carlson
       First Midwest Bank
       Fraud Department
       3800 Rock Creek Boulevard
       Joliet, Illinois  60431

   PLEASE TAKE NOTICE that on June 24, 2008, at 9:15 a.m., I will appear before the Honorable Judge Gettleman in Room 1704 and then and there present the attached Motion for Turnover Order, copies of which are attached hereto.

                            Respectfully submitted,

                            s/John J. Toomey
                            ARNOLD AND KADJAN
                            19 W. Jackson Blvd., Suite 300
                            Chicago, IL 60604
                            Telephone No.:  (312) 236-0415
                            Facsimile No.:   (312) 341-0438
                            Dated:  June 18, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

WILLIE JOHNSON, Individually
and d/b/a W. JOHNSON & SON
706 - 4th Avenue
Joliet, Illinois  60433

Ms. Krista Carlson
First Midwest Bank
Fraud Department
3800 Rock Creek Boulevard
Joliet, Illinois  60431

                        **s/John J. Toomey**
                        ARNOLD AND KADJAN
                        19 W. Jackson Blvd., Suite 300
                        Chicago, IL 60604
                        Telephone No.:  (312) 236-0415
                        Facsimile No.:  (312) 341-0438
                        Dated:  June 18, 2008