# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1318 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Suburban Teamsters vs Willie Johnson | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' motion [20] for turn over order is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|