IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WILLIE JOHNSON, individually and d/b/a W. JOHNSON & SON,<br><br>　　　　Defendant. | Case No. 08 C 1318<br><br>Judge Gettleman<br>Room 1703 |

## MOTION TO DISMISS CITATION

Now comes judgment debtors Willie Johnson and Johnson Trucking, Inc. by their attorneys, seeking an order from this Court dismissing the citation to First Midwest Bank (the "Bank") dated June 3, 2008. Movants state further:

1. On June 3, 2008 this Court entered a turnover order as to the funds held by the Bank. Thereafter a customer of the judgment debtors deposited $4,000 in the Johnson Trucking bank account. The judgment creditor is on notice of this deposit (see attached letter to John Toomey).

2. The judgment debtor Johnson Trucking lacks funds to renew the plates on its trucks, a condition to using the trucks to generate revenue. Without revenue, Johnson Trucking is unable to pay the judgment entered in favor of plaintiffs.

3. Johnson Trucking has attempted to negotiate with plaintiffs a resolution of the continuing citation, but has been unsuccessful.

4.  Because plaintiffs have taken no steps to seek the $4,000 from the Bank, including a turnover order, the money benefits neither the judgment debtor Johnson Trucking, nor the judgment creditor.

WHEREFORE, Willie Johnson and Johnson Trucking pray that the Court dismiss the citation against First Midwest Bank.

                                                WILLIE JOHNSON
                                                JOHNSON & SONS TRUCKING, INC.

                                                By: __/s/_Burr E. Anderson_____
                                                       One of their attorneys

OF COUNSEL:
Burr E. Anderson
Anderson Law Offices
407 S Dearborn, Suite 1085
Chicago, IL 60605
(312) 957-1100
burranderson@employmentlawillinois.com
Atty# 3121649

# ANDERSON LAW OFFICES

407 SOUTH DEARBORN STREET
SUITE 1085
CHICAGO, IL 60605
312-957-1100
FAX: 312-957-0811
E-mail: BurrAnderson@employmentlawillinois.com
Website: http://www.employmentlawillinois.com

**CONFIDENTIAL**
**Writer's direct line: (312) 957-0808**
**BY FAX AND FIRST CLASS MAIL**

27 June 2008

John Toomey
Arnold & Kadjan
19 W Jackson, Suite 300
Chicago, IL 60604

Re: Johnson & Sons Trucking, Inc.

Dear John:

I have left several messages with Phil about Johnson Trucking. Its bank has about $4,000 in the Johnson Trucking account and Mr. Johnson needs this money to renew Illinois plates and get trucks on the road.

Please dismiss the citation ASAP or call me with an alternative proposal. Use my cell number (312) 305-0343.

Very truly yours,

Burr E. Anderson

BEA/mp
c.c.: client
    Phillip Borowski