IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS ) <br> OF NORTHERN ILLINOIS PENSION FUND ) <br> AND WELFARE FUNDS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIE JOHNSON, individually and d/b/a ) <br> W. JOHNSON & SON, ) <br> ) <br> Defendant. ) | Case No. 08 C 1318 <br><br> Judge Gettleman <br> Room 1703 |

NOTICE OF MOTION

To:   Phillip Brzozowski
      Arnold and Kadjan
      19 W Jackson, Suite 300
      Chicago, IL 60604

**PLEASE TAKE NOTICE** that on the 9th day of July 2008, at 9:15 a.m. defendant shall appear before the Honorable Judge Gettleman, Room 1703, United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, IL 60604, and present the attached motion. A copy of this motion accompanies this notice and is hereby served upon you.

                                      WILLIE JOHNSON
                                      JOHNSON & SONS TRUCKING, INC.


                                      By: __/s/ Burr E. Anderson_____
                                            One of their attorneys


Burr E. Anderson
Anderson Law Offices
407 S Dearborn St., Suite 1085
Chicago, IL  60605
(312) 957-1100
Atty#31216149

## CERTIFICATE OF SERVICE

     I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice and attached Motion to Dismiss Citation to be served on the below-named attorney, by personal delivery, on this 3rd day of July 2008.

Phillip Brzozowski
Arnold and Kadjan
19 W Jackson, Suite 300
Chicago, IL 60604

                                     /s/ Burr E. Anderson
                                     Burr E. Anderson