IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIE JOHNSON, individually and d/b/a W. JOHNSON & SON,<br><br>Defendant. | No. 08 C 1318<br><br>Judge Gettleman |

**RESPONSE TO DEFENDANT'S MOTION TO DISMISS CITATION**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, by one of their attorneys, JOHN J. TOOMEY, of ARNOLD AND KADJAN, and responds to Defendant's Motion to Dismiss Citation and asks that said Motion be denied. In support Plaintiffs state as follows.

1. Defendant Willie Johnson has filed a Motion to Dismiss Citation in which he alleges that a deposit of $4,000 was made to his account after June 3, 2008 and that "plaintiffs have taken no steps to seek the $4,000 from the Bank, including a turnover order." Motion to Dismiss, ¶ 4.

2. Plaintiffs do not know what the "$4,000" is that Defendant refers to, but does know of a deposit of $3,071.46 was made into Defendant's bank account, and that this Court entered a turnover order, granting Plaintiffs the entirety of that amount, on June 24, 2008. See Exhibit A. This was pursuant to an answer that the bank made to Plaintiffs on June 13, 2008. See Exhibit B.

3. Therefore, it is not correct that "plaintiffs have taken no steps to seek" additional

monies from Defendant's bank. Plaintiffs are actively pursuing Defendant's assets, including the deposit of $3,071.46. If there indeed is an *additional* $4,000 being held by Defendant's bank then Plaintiffs will seek to have that money turned over too.

4. For these reasons Defendant's Motion to Dismiss Citation should be denied.

**WHEREFORE**, Plaintiffs pray that this Court enter and Order:

1. That Defendant's Motion to Dismiss Citation be denied.

                Respectfully submitted,

                **TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,**

                By: _/s/ John J. Toomey_____
                      One of their Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, ) ) ) ) | |
| Plaintiff, ) | |
| ) | No. 08 C 1318 |
| v. ) | |
| ) | Judge Gettleman |
| ) | |
| WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON, ) ) | Magistrate Judge Denlow |
| ) | |
| Defendant. ) | |

## TURNOVER ORDER

This matter coming to be heard upon Plaintiff's Motion for Turnover of Funds held pursuant to a Citation to Discover Assets, it is hereby ordered that: First Midwest Bank, 3800 Rock Creek Boulevard, Joliet, Illinois 60431 is directed to pay to the judgment creditor, the Trustees of the Suburban Teamsters of Northern Illinois Funds, the sum of $3,071.46, the amount held by First Midwest Bank pursuant to a Citation to Discover Assets and deliver said proceeds by check to Plaintiff's counsel, Arnold and Kadjan, 19 W. Jackson Boulevard, Chicago, Illinois 60604.

Dated: June 24, 2008

Enter /s/ Robert W. Gettleman

HONORABLE JUDGE GETTLEMAN

# Exhibit B

Case 1:08-cv-01318   Document 26   Filed 07/07/2008   Page 6 of 6
Case 1:08-cv-01318   Document 20   Filed 06/18/2008   Page 3 of 3
06/13/2008 11:45 FAX 815 927 3262        FMB RACICH CENTER                    ☒003/003

Revised ANSWER   08 C 1318

**FIRST MIDWEST BANK**, Citation Respondent, certify under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation To Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (amount withheld) $ _____

B) Checking and/or Now Account (amount withheld) $ 3071.46

C) Certificate of Deposit (amount held) $ _____

D) Money Market Account (amount held) $ _____

E) Trust Account (amount held) $ _____

F) Safety Deposit Box $ _____

G) No Accounts _____

H) Adverse Claimant: Name _____ Address _____

I) Wages, Salary or Commissions _____

J) Other Personal Property (describe) _____

Attach a sheet for any additional information required by the Citation to Discover Assets.

Sub Total $ 3071.46

Less right of offset of other loans _____
Less deduction for fees limited by
205 ILCS 5/48.1 _____

Total $ 3071.46

According to the business records kept by the Citation Respondent, we show the above account to be correct.

_____ 6/13/08
Agent for Citation Respondent

_____ on oath state:

I am over 21 years of age and not a party to this case. I served the Citation to Discover Assets as follows:

On _____, ____, by leaving a copy with the third-party defendant on _____, ____, at the hour of ____:____ .M., at _____ Street, _____ County, Illinois, on the third-party defendant, _____, by mailing a copy on _____, ____, by certified mail addressed to agent of the third-party defendant, return receipt requested.

(attached greed card receipt
of service here)                             Signed and sworn by party making service
                                             _____