**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No.  08 C 1318 <br> ) <br> ) Judge Gettleman <br> ) <br> ) <br> ) Magistrate Judge Denlow <br> ) <br> ) |

<u>NOTICE OF FILING AND CERTIFICATE OF SERVICE</u>

To:     Burr Anderson, Esq.
         Anderson Law Offices
         407 S. Dearborn Street, Suite 1085
         Chicago, Illinois  60605

         WILLIE JOHNSON, Individually
         and d/b/a W. JOHNSON & SON
         706 - 4th Avenue
         Joliet, Illinois  60433

         PLEASE TAKE NOTICE that on July 7, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

         1.      Plaintiffs' Response to Defendant's Motion to Dismiss Citation.

a copy of which is attached hereto and served upon you.

                          TRUSTEES OF THE SUBURBAN TEAMSTERS
                          OF NORTHERN ILLINOIS WELFARE AND
                          PENSION FUNDS

                          s/John J. Toomey
                          ARNOLD AND KADJAN
                          19 W. Jackson Blvd., Suite 300
                          Chicago, IL 60604
                          Telephone No.:  (312) 236-0415
                          Facsimile No.:  (312) 341-0438
                          Dated:  July 7, 2008

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 7, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Burr Anderson, Esq.
Anderson Law Offices
407 S. Dearborn Street, Suite 1085
Chicago, Illinois 60605

WILLIE JOHNSON, Individually
and d/b/a W. JOHNSON & SON
706 - 4th Avenue
Joliet, Illinois 60433

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: July 7, 2008