IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>Plaintiff,<br><br>v.<br><br>WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON,<br><br>Defendant. | No. 08 C 1318<br><br>Judge Gettleman<br><br>Magistrate Judge Denlow |

## MOTION FOR TURNOVER ORDER

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, through its attorneys, ARNOLD AND KADJAN, and moves this court for an Order directing First Midwest Bank to turn over the sum of $1,556.90 which they are holding pursuant to a Citation to Discover Assets. In support of its motion, Plaintiff states:

1. On July 9, 2008 First Midwest Bank's response to Plaintiff's Citation to Discover Assets stated it was holding $1,556.90 (see attached).

2. First Midwest Bank advised on July 9, 2008 that it would turn over said sum of $1,556.90 upon receipt of an appropriate turnover order.

WHEREFORE, Plaintiffs pray this Court to issue an Order directing First Midwest Bank to turn over the amount of $1,556.90 it is holding.

                                          TRUSTEES OF THE SUBURBAN TEAMSTERS
                                          OF NORTHERN ILLINOIS WELFARE
                                          AND PENSION FUND

                                          By:     */s/ John J. Toomey*   7/15/08
                                                       One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois  60604
(312) 236-0415

2

REVISED   ANSWER  08 C 1318

FIRST MIDWEST BANK, certify under penalty of perjury that with regard to the
Citation Respondent
property of the judgment debtor, the Citation Respondent files the following answer to this Citation To Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (amount withheld) $ _____

B) Checking and/or Now Account (amount withheld) $ _1556.90_

C) Certificate of Deposit (amount held) $ _____

D) Money Market Account (amount held) $ _____

E) Trust Account (amount held) $ _____

F) Safety Deposit Box $ _____

G) No Accounts _____

H) Adverse Claimant: Name _____ Address _____

I) Wages, Salary or Commissions _____

J) Other Personal Property (describe) _____

Attach a sheet for any additional information required by the Citation to Discover Assets.

Sub Total $ _1556.90_

Less right of offset of other loans _____
Less deduction for fees limited by
205 ILCS 5/48.1 _____

Total $ _1556.90_

According to the business records kept by the Citation Respondent, we show the above account to be correct.

_[signature]_  7/9/08
Agent for Citation Respondent

_____ on oath state:

I am over 21 years of age and not a party to this case. I served the Citation to Discover Assets as follows:

On _____, _____, by leaving a copy with the third-party defendant on _____, _____ at the hour of _____ : _____ . M., at _____ Street, _____ County, Illinois, on the third-party defendant, _____, by mailing a copy on _____, _____, by certified mail addressed to agent of the third-party defendant, return receipt requested.

(attached greed card receipt
of service here)                                    Signed and sworn by party making service

                                                    _____,