IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 08 C 1318 ) ) Judge Gettleman ) |
| WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON, | ) ) ) Magistrate Judge Denlow ) |
| Defendant. | ) |

NOTICE OF MOTION

To:  Burr Anderson, Esq.
Anderson & Thomas
407 South Dearborn Street, Suite 1085
Chicago, Illinois 60605

WILLIE JOHNSON, Individually
and d/b/a W. JOHNSON & SON
706 - 4th Avenue
Joliet, Illinois 60433

Ms. Krista Carlson
First Midwest Bank
Fraud Department
3800 Rock Creek Boulevard
Joliet, Illinois 60431

PLEASE TAKE NOTICE that on July 22, 2008, at 9:15 a.m., I will appear before the Honorable Judge Gettleman in Room 1704 and then and there present the attached Motion for Turnover Order, a copy of which is attached hereto.

Respectfully submitted,

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: July 15, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Burr Anderson, Esq.
Anderson & Thomas
407 South Dearborn Street
Suite 1085
Chicago, Illinois 60605

WILLIE JOHNSON, Individually
and d/b/a W. JOHNSON & SON
706 - 4th Avenue
Joliet, Illinois 60433

Ms. Krista Carlson
First Midwest Bank
Fraud Department
3800 Rock Creek Boulevard
Joliet, Illinois 60431

**s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: July 15, 2008