## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1318 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Trustees of the Suburban Teamsters   vs   Willie Johnson | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [29] for turnover order is granted. First Midwest Bank is ordered to pay the sum of $1,556.90 to plaintiff's counsel.

[For further detail see separate order]
[Docketing to mail notice]

00:04

| | Courtroom Deputy | GDS |
|---|---|---|