IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON, <br><br> Defendant. | No. 08 C 1318 <br><br> Judge Gettleman <br><br> Magistrate Judge Denlow |

## TURNOVER ORDER

This matter coming to be heard upon Plaintiff's Motion for Turnover of Funds held pursuant to a Citation to Discover Assets, it is hereby ordered that: First Midwest Bank, 3800 Rock Creek Boulevard, Joliet, Illinois 60431 is directed to pay to the judgment creditor, the Trustees of the Suburban Teamsters of Northern Illinois Funds, the sum of $1,556.90, the amount held by First Midwest Bank pursuant to a Citation to Discover Assets and deliver said proceeds by check to Plaintiff's counsel, Arnold and Kadjan, 19 W. Jackson Boulevard, Chicago, Illinois 60604.

Dated: JULY 22, 2008

Enter: *Robert W. Gettleman*

HONORABLE JUDGE GETTLEMAN