## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1318    Assigned/Issued By: J. N.

Judge Name: _____    Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☑ Citation to Discover Assets          *(Victim, Against and $ Amount)*
☐ Writ _____                          ☐ Other _____
   *(Type of Writ)*                       _____
                                          *(Type of issuance)*

1 Original and 1 copies on 7-25-08 as to WILLIE JOHNSON
                        *(Date)*
(NO NOTICE FILED) _____

_____