UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUBURBAN TEAMSTERS

v.

WILLIE JOHNSON, Individually + d/b/a W. JOHNSON + SON

Case # 08 C 1318

## AFFIDAVIT OF SPECIAL PROCESS SERVER

SCOTT POCIUS, an investigator with The Argus Agency, Inc., a licensed Illinois detective agency (license # 117-000215) located at 1480 Renaissance Drive, Ste. 208, Park Ridge, IL 60068, hereby states as follows:

1. That he served the within Citation to Discover Assets on the within named WILLIE JOHNSON, Individually + d/b/a W. JOHNSON + SON ON AUGUST 6, 2008

2. a) That the sex, race and approximate age of the person with whom he left the Citation to Discover Assets are as follows:
sex M   race B   approximate age 60   other GRAYING FACIAL / GRAYING SHORT HAIR

   b) That the place where and the date and time of the day when the Citation to Discover Assets left with the person were as follows:
   place: PERSONAL RESIDENCE - 706 4TH AVENUE, JOLIET IL 60433
   date: AUGUST 6, 2008   time of day: 9:40 PM

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_Scott Pocius_
Special Process Server

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 08 C 1318 ) ) Judge Gettleman ) |
| WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON, | ) ) ) Magistrate Judge Denlow ) |
| Defendant. | ) |

RECEIVED JUL 25 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## CITATION TO DISCOVER ASSETS

To:   WILLIE JOHNSON, Individually
      and d/b/a W. JOHNSON & SON
      706 - 4th Avenue
      Joliet, Illinois 60433

**YOU ARE COMMANDED** to appear at 19 W. Jackson Boulevard, Suite 300, Chicago, Illinois 60604, at 1:00 p.m. on August 11, 2008, to be examined under oath concerning the property or income of, or indebtedness due Defendant. Judgment was entered against Defendant Willie Johnson, Individually and d/b/a W. Johnson & Son, and for Plaintiffs on May 13, 2008, in the principal amount of $26,690.07. A copy of the Judgment entered by Judge Gettleman was filed with the Clerk of the Court.

**YOU ARE COMMANDED** to produce at the examination all books, papers or records in your possession or control which may contain information concerning the property or income of Defendant or indebtedness due them.

**WARNING:** Your failure to appear as herein directed may cause you to be arrested and brought before the Court to answer to a charge of contempt of court, which may be punishable by imprisonment in the County Jail.

The books and records to be produced include all personal and business or corporate checkbooks, check registers, books of account, ledger books, income and payroll tax returns and supporting documents including schedules, bank books, information regarding loans applied for and received and payments made and due, information regarding all real or personal property owned by Defendant or in which they hold any interest whatsoever, information regarding any trust or estate in which Defendant holds any interest whatsoever, records regarding all accounts receivable or amounts due to Defendant for any reason, records regarding all indebtedness of Defendant including documents creating such indebtedness and any related security interests, records regarding stocks, bonds, powers of appointment or insurance policies held by Defendant or of which they are or may be beneficiaries, records regarding all bonds or sureties for wages or performance of all construction projects of Defendant, and records regarding all jewelry, art objects and other personal property owned by Defendant.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the Defendant or to which they may be entitled or which may be acquired by or become due to them and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to them, until the further Order of this Court or termination of these proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

**YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.**

WITNESS,_____ 2008

_____
CLERK OF THE COURT

_____
DEPUTY CLERK

John J. Toomey
ARNOLD & KADJAN
Attorneys for Plaintiffs
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

## CERTIFICATE OF ATTORNEY

1. Judgment in the amount of $26,690.07 entered on May 13, 2008 attached).

2. Name of Court: United States District Court for the Northern District of Illinois, Eastern Division.

3. Case No. 07 C 1318..

I, the undersigned, certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 to the Court that the foregoing information is true.

By: _____ 7/25/08
One of Plaintiffs' Attorneys

Arnold and Kadjan
19 W. Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>Plaintiff,<br><br>v.<br><br>WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON,<br><br>Defendant. | No. 08 C 1318<br><br>Judge Gettleman<br><br>Magistrate Judge Denlow |

ORDER OF JUDGMENT

This matter coming to be heard upon Plaintiff's Motion for Judgment in a sum certain and the court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

That judgment is entered in favor of the Plaintiff TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS and against the Defendant, WILLIE JOHNSON, Individually and d/b/a W. JOHNSON & SON in the amount of $26,690.07.

Date: Aug 13, 2008

Entered:

_____
JUDGE GETTLEMAN